IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY J. LEBRON,
Inmate No. 622359,
    Plaintiff,

vs.                                                 Case No.: 3:17cv34/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 25, 2019 (ECF No. 18). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as failing to state a plausible claim pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 6th day of December, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**